### 169 A.3d 973

WILLIAM LEWIS, ROBERT LEWIS, AND LEWIS ENTERPRISES, PLAINTIFFS–RESPONDENTS, v. ROBERT HULL, DEFENDANT–PETITIONER, AND POINT PLEASANT LANDCO, LLC, SINGULARITY HOLDINGS, LLC, AND SURF LAUNDROMAT, LLC, DEFENDANTS.

June 2, 2017

ON PETITION FOR CERTIFICATION

To the Appellate Division, Superior Court:

A petition for certification of the judgment in A–002537–14 having been submitted to this Court, and the Court having considered the same;

It is ORDERED that the petition for certification is denied, with costs.